**COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS E. MILLER,<br><br>    Petitioner,<br><br>v.<br><br>L.S. McEWEN, Warden,<br><br>    Respondent. | No. CV 11-7907-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: July 18, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE